IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HELEN DENISE DAVIS,    )
          )
   Petitioner,    )
          )
   v.       )  Civil Action No. 2:09cv153-TMH
          )
FRANK ALBRIGHT, *et al.*,   )
          )
   Respondents.   )

## ORDER

The Magistrate Judge filed a Recommendation (Doc. #2) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #2) of the Magistrate Judge is ADOPTED. The petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 2241(d).

Done this 30th day of March, 2009.

        /s/ Truman M. Hobbs, Sr.
       SENIOR UNITED STATES DISTRICT JUDGE